# The Complaint of the United States

## Exhibit No. 7(a)(13)

# CONTRACTOR'S REQUEST FOR PROGRESS PAYMENT

Form Approved OMB No. 9000-0010

IMPORTANT: This form is to be completed in accordance with Instructions on reverse. K8101-13

## SECTION I – IDENTIFICATION INFORMATION

1. TO: NAME AND ADDRESS OF CONTRACTING OFFICE (Include ZIP Code)
DCMC THIOKOL M/S Z10
P.O. BOX 524
BRIGHAM CITY, UT 84302-0524

PAYING OFFICE
DFAS COLUMBUS CENTER
DFAS CO-JW
WEST ENTITLEMENT OPERATIONS
PO BOX 182381
COLUMBUS, OH 43218-2381

2. FROM: NAME AND ADDRESS OF CONTRACTOR (Include ZIP Code)
ATK Thiokol Propulsion
a Div of ATK Aerospace Co.
c/o US Bank
ABA 091000022
For Acct 104757144472

| 3. SMALL BUSINESS | 4. CONTRACT NO. | 5. CONTRACT PRICE |
|---|---|---|
| ☐ YES ☒ NO | FA8213-04-C-0026 | $ 49,582,412 |

| 6. RATES A. PROG. PYMTS. | 6. RATES B. LIQUIDATION | 7. DATE OF INITIAL AWARD A. YEAR | B. MONTH | 8A. PROGRESS PAYMENT REQUEST NO. | 8B. DATE OF THIS REQUEST |
|---|---|---|---|---|---|
| 80% | 80% | 02 | 09 | 11 | 07 JUNE 2005 |

## SECTION II – STATEMENT OF COSTS UNDER THIS CONTRACT THROUGH 06 JUNE 2005 (Date)

| Item | | Amount |
|---|---|---|
| 9. PAID COSTS ELIGIBLE UNDER PROGRESS PAYMENT CLAUSE | | $ 16,130,673 |
| 10. INCURRED COSTS ELIGIBLE UNDER PROGRESS PAYMENT CLAUSE | | 5,041,847 |
| 11. TOTAL COSTS ELIGIBLE FOR PROGRESS PAYMENTS (Item 9 plus 10) | | 21,172,519 |
| 12. a. TOTAL COSTS INCURRED TO DATE | $ 21,356,316 | |
| b. ESTIMATED ADDITIONAL COST TO COMPLETE | 21,280,304 | |
| 13. ITEM 11 MULTIPLIED BY ITEM 6a | | 16,938,015 |
| 14. a. PROGRESS PAYMENTS PAID TO SUBCONTRACTORS | 0 | |
| b. LIQUIDATED PROGRESS PAYMENTS TO SUBCONTRACTORS | 0 | |
| c. UNLIQUIDATED PROGRESS PAYMENTS TO SUBCONTRACTORS (Item 14a less 14b) | 0 | |
| d. SUBCONTRACT PROGRESS BILLINGS APPROVED FOR CURRENT PAYMENT | 0 | |
| e. ELIGIBLE SUBCONTRACTOR PROGRESS PAYMENTS (Item 14c plus 14d) | | 0 |
| 15. TOTAL DOLLAR AMOUNT (Item 13 plus 14e) | | 16,938,015 |
| 16. ITEM 5 MULTIPLIED BY ITEM 6b | 39,665,929 | |
| 17. LESSER OF ITEM 15 OR ITEM 16 | | 16,938,015 |
| 18. TOTAL AMOUNT OF PREVIOUS PROGRESS PAYMENTS REQUESTED | | 16,418,300 |
| 19. MAXIMUM BALANCE ELIGIBLE FOR PROGRESS PAYMENTS (Item 17 less 18) | | 519,715 |

## SECTION III – COMPUTATION OF LIMITS FOR OUTSTANDING PROGRESS PAYMENTS

*SEE SPECIAL INSTRUCTIONS ON BACK FOR USE UNDER THE FEDERAL ACQUISITION REGULATION.

| Item | | Amount |
|---|---|---|
| 20. COMPUTATION OF PROGRESS PAYMENT CLAUSE (a(3)(i) or a(4)(i)) LIMITATION* | $ | |
| a. COSTS INCLUDED IN ITEM 11, APPLICABLE TO ITEMS DELIVERED, INVOICED, AND ACCEPTED TO THE DATE IN HEADING OF SECTION II. | 7,481,130 | |
| b. COSTS ELIGIBLE FOR PROGRESS PAYMENTS, APPLICABLE TO UNDELIVERED ITEMS AND TO DELIVERED ITEMS NOT INVOICED AND ACCEPTED (Item 11 less 20a) | 13,691,389 | |
| c. ITEM 20b MULTIPLIED BY ITEM 6a | | $ 10,953,111 |
| d. ELIGIBLE SUBCONTRACTOR PROGRESS PAYMENTS (Item 14e) | | 0 |
| e. LIMITATION a(3)(i) or a(4)(i) (Item 20c plus 20d) * | | 10,953,111 |
| 21. COMPUTATION OF PROGRESS PAYMENT CLAUSE (a(3)(ii) or a(4)(ii)) LIMITATION * | | |
| a. CONTRACT PRICE OF ITEMS DELIVERED, ACCEPTED AND INVOICED TO DATE IN HEADING OF SECTION II | 8,700,000 | |
| b. CONTRACT PRICE OF ITEMS NOT DELIVERED, ACCEPTED AND INVOICED (Item 5 less 21a) | 40,882,412 | |
| c. ITEM 21b MULTIPLIED BY ITEM 6b | | 32,705,929 |
| d. UNLIQUIDATED ADVANCE PAYMENTS PLUS ACCRUED INTEREST | | 0 |
| e. LIMITATION (a(3)(ii) or a(4)(ii)) (Item 21c less 21d)* | | 32,705,929 |
| 22. MAXIMUM UNLIQUIDATED PROGRESS PAYMENTS (Lesser of Item 20e or 21e) | | 10,953,111 |
| 23. TOTAL AMOUNT APPLIED AND TO BE APPLIED TO REDUCE PROGRESS PAYMENT | 6,960,000 | |
| 24. UNLIQUIDATED PROGRESS PAYMENTS (Item 18 less 23) | | 9,458,300 |
| 25. MAXIMUM PERMISSIBLE PROGRESS PAYMENTS (Item 22 less 24) | | 1,494,811 |
| 26. AMOUNT OF CURRENT INVOICE FOR PROGRESS PAYMENT (Lesser of Item 25 or 19) | | 519,715 |
| 27. AMOUNT APPROVED BY CONTRACTING OFFICER | | $519,715 |

## CERTIFICATION

I certify that the above statement (with attachments) has been prepared from the books and records of the above-named contractor in accordance with the contract and the instructions hereon, and to the best of my knowledge and belief, that it is correct, that all the costs of contract performance (except as herewith reported in writing) have been paid to the extent shown herein, or where not shown as paid have been paid or will be paid currently, by the contractor, when due, in the ordinary course of business, that the work reflected above has been performed, that the quantities and amounts involved are consistent with the requirements of the contract. That there are no encumbrances (except as reported in writing herewith, or on previous progress payment request No.________) against the property acquired or produced for, and allocated or properly chargeable to the contract which would affect or impair the Government's title, that there has been no materially adverse change in the financial condition of the contractor since the submission of the most recent written information dated ________ by the contractor to the Government in connection with the contract, that to the extent of any contract provision limiting progress payments pending first article approval, such provision has been complied with, and that after the making of the requested progress payment the unliquidated progress payments will not exceed the maximum unliquidated progress payments permitted by the contract.

| NAME AND TITLE OF CONTRACTOR REPRESENTATIVE SIGNING THIS FORM | SIGNATURE |
|---|---|
| Kim Chaichana<br>Controller | [signature] |

| NAME AND TITLE OF CONTRACTING OFFICER | SIGNATURE |
|---|---|
| GLENN W. HOLCOMB<br>Administrative Contracting Officer | [signature] July 21, 2005 |

GC-A- 00329



# Defense Finance & Accounting Service

***Payment Summary Report***

**Date Run:** 08/02/2005 **EDI Ind:** N

**Contract No.:** FA821304C0026 **Contractor Name:** ATK THIOKOL INC.
**Shipment No.:** PPRA011 **Invoice Type:** Progress Payment (US FUNDS)
**Invoice Amt.:** $519,715.00 **Payment Date:** 08/02/2005
**Net Pmt Amt.:** $519,715.00 **Force Thru:** N
**Deduct Amt.:** $0.00 **User:** ddm2714

**Force Thru Comments:**

**Payment Comments:**

| ACRN | Svc | Cnty | CLIN | FC | TC | TP | CC | Disbursement | Comments | Batch Date | Batch Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AA | 2 | US | | H8 | W | 3 | N | $197,491.70 | | 8/2/2005 | F2754 |
| AB | 2 | US | | H8 | W | 3 | N | $103,943.00 | | 8/2/2005 | F2754 |
| AC | 2 | US | | H8 | W | 3 | N | $10,394.30 | | 8/2/2005 | F2754 |
| AD | 2 | US | | H8 | W | 3 | N | $207,886.00 | | 8/2/2005 | F2754 |

GC-A- 00325

# Defense Finance & Accounting Service

## *Advice of Payment*

**Date Run:** 08/02/2005

**Contract No:** FA821304C0026 **Contractor Name:** ATK THIOKOL INC.

**Shipment No:** PPRA011 **Staff ID** ddm2714

| | | | |
|---|---|---|---|
| **Shipment Amount:** | $519,715.00 | **Total Amount of Invoice:** | $519,715.00 |
| **Transportation:** | $0.00 | **Refund Amount:** | $0.00 |
| | | **Gross Amount:** | $519,715.00 |
| | | **Discount Amount:** | $0.00 |
| | | **Recoupment Rate:** | 80.00% |
| | | **Recoup Amount:** | $0.00 |
| | | **Deduction Amount:** | $0.00 |
| | | **Withhold Amount:** | $0.00 |
| | | **Liquidated Damages:** | $0.00 |
| | | **Pmt by Other Services:** | $0.00 |
| | | **Net Payment:** | $519,715.00 |

**Payment Type:** Progress Payment **Finance Office:** 8541-West Entitlement (B) Air Forc

**Comments:**

***If you discover overpayments that have not been returned, please remit immediately to DFAS-CO/FPC, PO Box 182249, Columbus, OH 43218-2249. Failure to return overpayments received from the US Government could result in civil liability and/or criminal prosecution.***

GC-A- 00326

Substitute of DLA Form 477

.INDEX=w,2005217,UYFB07,05217,002232,FA821304C0026,,PPRA011,D843-65,519715.00,8541,



PAGE 01 8541 08-05-05 D843-65

E2000164 519,715.00

ATK AEROSPACE COMPANY INC.
DIV ATK THIOKOL PROPULSION
PO BOX 707, STOP T12
BRIGHAM CITY UT 84302-0707

3 FA821304C0026AD 57 43011 H8 436 E3 35601400000 W 207,886.00
000000 000000 503000 PPRA011
3 FA821304C0026AA 57 33011 H8 336 E3 35601400000 W 197,491.70
000000 000000 503000 PPRA011
3 FA821304C0026AC 57 33011 H8 336 E3 35601400000 W 10,394.30
000000 000000 503000 PPRA011
3 FA821304C0026AB 57 23011 H8 236 E3 35601400000 W 103,943.00
000000 000000 503000 PPRA011

CONTRACT TOTAL 519,715.00
013 CAGE: 07703 ACO: PTG CAO: MT ISSUED-BY: FA8213

# The Complaint of the United States

## Exhibit No. 7(a)(14)

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, (0704-0248), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ADDRESS.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

| 1. PROC. INSTRUMENT IDENTIFICATION. (CONTRACT) NO. | (ORDER) NO. | 6. INVOICE NO./DATE | 7. PAGE OF | 8. ACCEPTANCE POINT |
|---|---|---|---|---|
| FA8213-04-C-0026 P0005 | | | 1 1 | S |

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. B/L / TCN | 5. DISCOUNT TERMS |
|---|---|---|---|
| LUU0024 | 2005AUG08E | A | |

**9. PRIME CONTRACTOR** CODE 07703
ATK Thiokol Inc.
Div ATK Thiokol Inc.
9160 North Highway 83
Corinne, UT 84307-9784 US
Telephone: (435) 863-3870

**10. ADMINISTERED BY** CODE S0602A
DCMA Denver
Orchard Place 2, Suite 200
5975 Greenwood Plaza Blvd.
Englewood, CO 80111-4715

**11. SHIPPED FROM** *(If other than 9)* CODE FOB: O
See Block No. 9

**12. PAYMENT WILL BE MADE BY** CODE HQ0339
DFAS Columbus Center
DFAS CO-JW
West Entitlement Operations
P.O. Box 182381
Columbus, OH 43218-2381

**13. SHIPPED TO** CODE W53XMD
SU W39Z MAC CRANE ARMY AMMO ACT
WHOLESALE SUPPLY ACCOUNT
BLDG 13 300 HWY 361
CRANE, IN 47522-5099
UNITED STATES

**14. MARKED FOR** CODE W53XMD
SU W39Z MAC CRANE ARMY AMMO ACT
WHOLESALE SUPPLY ACCOUNT
BLDG 13 300 HWY 361
CRANE, IN 47522-5099
UNITED STATES

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION *(Indicate number of shipping containers - type of container - container number.)* | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AE | Noun: LUU-19 A/B Flare<br>Part #TD101089-01<br>NSN: 1370-01-498-9280<br>Lot Number: TPB05G003-019<br>REQ NO. FW20262261256AXX<br>ACRN AE<br><br>Gross Shipping Wt. 114,438 lbs. | 2239 | EA | $937.33 | $2,098,681.87 |

**21. CONTRACT QUALITY ASSURANCE**

**a. ORIGIN**
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

2005 Aug 9 [signature]
DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

TYPED NAME Joe LeMieux
TITLE NPTC
MAILING ADDRESS:
DCMA ATK Thiokol P.O. Box 524 MS Z-10
Brigham City, Utah 84302-0524
COMMERCIAL TELEPHONE NUMBER: (435) 863-6486

[Stamp: C L 4888]

**b. DESTINATION**
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

TYPED NAME
TITLE
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

**22. RECEIVER'S USE**
Quantities shown in column 17 were received in apparent good condition except as noted.

DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark, if different enter actual quantity received below quantity shipped and encircle.

**23. CONTRACTOR USE ONLY**

GC-A- 00198

06/01/05224
01390p400002

THIOKOL

ORIGINAL INVOICE

INVOICE

| Customer Purchase Order No. | Invoice Date | Invoice No. |
|---|---|---|
| FA8213-04-C-0026 | 09-Aug-05 | K8101-0015 |

DFAS COLUMBUS CENTER
DFAS CO-JW
WEST ENTITLEMENT OPERATIONS
PO BOX 182381
COLUMBUS, OH 43218-2381

Remit to:
ATK Thiokol Propulsion
a Div of ATK Aerospace Co.
c/o US Bank
ABA 091000022
For Acct 104757144472

unit price ? $370

Payment Terms

| Item | Description | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Shipment LUU0024 | | | | |
| 0001 AE | LUU-19 Flare | 2239 | ea | 937.33 | $2,098,681.87 |
| | Less Liquidation @ 80% | | | | ($1,678,945.50) |
| | Invoice Total | | | | $419,736.37 |

Prepared by Ken Jones (435) 863-2747




GC-A- 00199

.INDEX=W,2005229,UYFC05,05229,004839,FA821304C0026,,LUU0024,730998,

REPORT NUMBER UYFC05 DATE 05 AUG 17 PAGE 1
MATERIAL ACCEPTANCE AND ACCOUNTS PAYABLE REPORT MANUAL

P I I N SPIIN SHIPMENT NO. STATUS TRANS. REF. NO. GFP
FA8213 04 C0026 LUU0024 NO
ACCEPT PT DATE SHIP DEL AT A/P DATE ACCP SHIP TO MARK FOR M/S S/A
S 08 AUG 05 09 AUG 05 W53XMD A H
ADMINISTERED BY CODE PAYMENT MADE BY CODE
DCMA ATK THIOKOL S0542A DFAS COLUMBUS HQ0339
9160 N HWY 83 P.O. BOX 182317
MAIL STOP Z1 0 COLUMBUS OH 43248
PROMONTORY, UT 84307

PRIME CONTRACTOR- ATK THIOKOL INC. CORINNE UT 843079784
INV NR 81010015 ADPE NR 730998 INV DATE 05 AUG 12 INV AMT 2098681.87
DISCOUNT DATA NONE
DD 250 RECEIVED 10 AUG 05 MAAPR PROCESSED 12 AUG 05
CLIN DESCRIPTION FED STOCK NO TOTAL QTY* F UNIT PRICE EST UM ACRN
ELIN MILSTRIP NR TOTAL AMOUNT U/P /CC
0001 AE LUU-19 1370014989280 2239 * 937.33000 EA AE
FLAR 2098681.87
FW2026/2261/2056/

CONTRACT PAYMENT TERMS AND CONDITIONS

| | |
|---|---|
| PROGRESS PAYMENTS AUTH | EVIDENCE OF SHIPMENT REQUIRED |
| MANDATORY REVIEW/OTHER | TRANSPORTATION CHARGES AUTH |
| OUTSTANDING WIP BALANCE | HARD COPY INVOICE UNAUTHORIZED |

GC-A- 00200

PAGE 01 8538 09-06-05 E95-13

E4000309 419,736.37



ATK AEROSPACE COMPANY INC.
DIV ATK THIOKOL PROPULSION
PO BOX 707, STOP T12
BRIGHAM CITY UT 84302-0707

2 FA821304C0026AE 17 21508 ZZ J1A5 312 00019 0 0501192D 2,098,681.87
000000 A50124000000 LUU0024

FA821304C0026AE 17 21508 ZZ J1A5 312 00019 0 0501196W 1,678,945.50CR
000000 A50124000000 LUU0024

CONTRACT TOTAL 419,736.37

015 CAGE: 07703 ACO: PTG CAO: MT ISSUED-BY: FA8213

## Defense Finance & Accounting Service

***Payment Summary Report***

-3-

**Date Run:** 08/18/2005 **EDI Ind:** N

**Contract No.:** FA821304C0026 **Contractor Name:** ATK THIOKOL INC.

**Shipment No.:** LUU0024 **Invoice Type:** DD 250/Commercial Invoice

**Invoice Amt.:** $2,098,681.87 **Payment Date:** 08/17/2005

**Net Pmt Amt.:** $419,736.37 **Force Thru:** N

**Deduct Amt.:** $0.00 **User:** ddm2714

**Force Thru Comments:**

**Payment Comments:**

| ACRN | Svc | Cnty | CLIN | FC | TC | TP | CC | Disbursement | Comments | Batch Date | Batch Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AE | 4 | US | 0001AE | ZZ | M | 2 | N | $2,098,681.87 | | 8/18/2005 | H5210 |
| AE | 4 | US | | ZZ | W | | Y | ($1,678,945.50) | | 8/18/2005 | H5210 |

GC-A- 00202

# Defense Finance & Accounting Service

## *Advice of Payment*

**Date Run:** 08/18/2005

**Contract No:** FA821304C0026 **Contractor Name:** ATK THIOKOL INC.

**Shipment No:** LUU0024 **Staff ID** ddm2714

| | | | |
|---|---|---|---|
| **Shipment Amount:** | $2,098,681.87 | **Total Amount of Invoice:** | $2,098,681.87 |
| **Transportation:** | $0.00 | **Refund Amount:** | $0.00 |
| | | **Gross Amount:** | $2,098,681.87 |
| | | **Discount Amount:** | $0.00 |
| | | **Recoupment Rate:** | 80.00% |
| | | **Recoup Amount:** | ($1,678,945.50) |
| | | **Deduction Amount:** | $0.00 |
| | | **Withhold Amount:** | $0.00 |
| | | **Liquidated Damages:** | $0.00 |
| | | **Pmt by Other Services:** | $0.00 |
| | | **Net Payment:** | $419,736.37 |

**Payment Type:** Partial **Finance Office:** 8538-West Entitlement (B) Navy

**Comments:**

GC-A- 00203

***If you discover overpayments that have not been returned, please remit immediately to DFAS-CO/FPC, PO Box 182249, Columbus, OH 43218-2249. Failure to return overpayments received from the US Government could result in civil liability and/or criminal prosecution.***